EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2019 TSPR 237 |
| Gilberto Martínez Martínez | 203 DPR _____ |

Número del Caso:  TS-13,010


Fecha:  19 de diciembre de 2019


Abogado del peticionario:

    Lcdo. Rafael Sánchez Hernández


Materia:  Reinstalación al ejercicio de la abogacía.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| In re:<br><br>Gilberto Martínez Martínez | TS-13,010 | |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 19 de diciembre de 2019.

Examinada la *Moción en cumplimiento de orden*, se reinstala al Sr. Gilberto Martínez Martínez al ejercicio de la abogacía.

Publíquese.

El Juez Asociado señor Kolthoff Caraballo no intervino. Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina